DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EUGENE JACOBS, JR.,**
Appellant,

v.

**KEN MASCARA,** in his official capacity as Sheriff of St. Lucie County,
Florida, and **SANTIAGO MARTINEZ,**
Appellees.

No. 4D19-3954

[January 28, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Croom, Judge; L.T. Case No. 562014CA002298.

Eugene Jacobs, Jr., Milton, pro se.

Gregory J. Jolly of Purdy, Jolly, Giuffreda & Barranco and Lisa, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***